

**SIGNED THIS 29th day of March, 2020**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:  LILLIAN  LOGAN-ROBERTS

**Debtor**                                                                                           **Chapter 13**
                                                                                                      **Case No.:** 19-61146-PBD

### AMENDED ORDER CONFIRMING  PLAN

   The Chapter 13 Plan (the "Plan") filed by the Debtor on **February 05, 2020**, having been served on all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that:**

(1)  the Plan as filed or modified is CONFIRMED.

(2)  Upon entry of this order, all property of the Estates shall revest in the Debtor. Notwithstanding such revesting, the Debtor shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3)  All funds received by the Chapter 13 Trustee (the "Trustee") on or before the date of entry of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the  Trustee after the date of entry of an order of dismissal or conversion shall be refunded to the Debtor at their address of record.

(4) Other provisions:
   a) The Trustee's motion to dismiss is withdrawn and all pending objections have been resolved.

   b) Notwithstanding paragraph two (2) above, the Debtor's interest in property defined by 11 U.S.C. § 1306(a)(1), which includes future interests and inchoate interests, revests in the Debtor only to the extent that the Debtor could legally claim such interest(s) as exempt and is(are) subject to the legal limitations of that exemption. Confirmation is without prejudice to the Trustee seeking, but not requiring, further modification of the Plan upon realization of the value of such property.

   c) Should Halifax County Treasurer file a secured claim, that claim shall be paid in full and together with 10% interest.

   d) The Objection to Confirmation of Plan filed on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust on December 19, 2019 (Doc. No. 47) is hereby WITHDRAWN.

   e) The total funding to be paid through case administration is $70,346.00.

***END OF ORDER***

Prepared By:

*/s/ Christopher Micale*

Christopher Micale, Trustee
Office of the Chapter 13 Trustee
15 Salem AVE., SE, Suite 300
Roanoke, VA 24011-1419
(540) 342-3774 (ph)
chapter13_trustee@ch13wdva.com

Seen and Agreed:

*/s/Heidi Shafer, Atty. with permission*
Heidi Shafer, Atty.
Counsel for Debtor
900 Lakeside Dr
Lynchburg, VA  24501
(434) 845-2600

*/s/Richard Painter, Atty., with permission*
Counsel for US Bank and Trust

2